A. D. JUILLIARD & Co., INC., Respondent, v. PHILIPPINE NATIONAL BANK, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Callahan, J., dissents on the authority of Hoormann v. Climax Cycle Co. (9 App. Div. 579).

INDUSTRIAL ELECTRIC MOTOR & TOOL Co., INC., Respondent, v. PHILIP GREENBERG and Another, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

VELMA H. KENNARD, Respondent, v. WILHELM P. KENNARD, Appellant.— Order, so far as appealed from, unanimously reversed and the motion in all respects denied. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of GERTRUDE SILVERMAN, for an Order Vacating the Order Dated September 6th, 1941, Heretofore Made on the Application of LAWYERS TRUST COMPANY and Entered in the Office of the Clerk of the County of Kings under Index No. 9814/41, Supreme Court, Kings County. LAWYERS TRUST COMPANY, Appellant; GERTRUDE SILVERMAN, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

GEORGE BERGEN, Respondent, v. UNIVERSAL CORP. and Others, Appellants, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

RICHARD S. LILIENTHAL, INC., Appellant, Respondent, v. UNION UNDERWEAR Co., INC., Respondent, Appellant.— Order entered February 28, 1942, unanimously reversed, with twenty dollars costs and disbursements to the defendant, and the motion denied. Appeal from order entered March 24, 1942, denying motion to vacate order entered February 28, 1942, unanimously dismissed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of SIMON LITTWIN, Appellant, against PAUL Moss, as Commissioner of Licenses of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application to Vacate Subpœnas Duces Tecum Addressed to WILMAN AGENCY and DONALD G. WILMAN and MAUDE LENNOX. DONALD G. WILMAN, Doing Business, etc., and Others, Appellants; FRIEDA S. MILLER, Industrial Commissioner of the State of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [178 Misc. 549.]